UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB 01 2021

Nathan Ochsner, Clerk

LUIS ARNOLDO CURIEL TREVINO
   Petitoner,

v.

UNITED STATES OF AMERICA
   Respondent.

Case No. 7:19-cr-01488-001

## MOTION FOR RETURN OF PROPERTY PURSUANT To Fed. R. Crim. P. 41(g)

Comes Now, Luis Arnoldo Curiel Trevino ("Petitioner") prose, respectfully moves this honorable court to consider his motion to order the government to return his properties which are not subject to forfitures as his conviction is indeed final.

Upon his arrest, Petitioner was driving a 2013 Volkswagen GOL with VIN No. 9BWAB05U5DP118428 and on his possession was a gold iPhone 6s. According to the forfiture laws and agreement, none of the above named items were subject to forfitures and hence subject to be returned to the Petitioner. On April 17th, 2020 Petitioner petitioned this honorable court for the return of the above named properties, but his motion was denied because his conviction was not final.

Earlier this year the Fifth Circuit Court of Appeals affirmed district court judgement and Petitioner is not pursuing further remdies through the Supreme Court, and hence his conviction is deemed final. As noted on the District Court Order on June 22, 2020 the above named properties remained in the possession of the United States government until the conviction is final. Petitioner's conviction is now final and he would like to renew his motion.

## CONCLUSSION

Petitioner would like the iPhone to be mailed to the following address:

200 E. Dicker Drive
Apartment No. 01
Phar, TX 78577

and for the car, a relative of Petitioner is ready to pick up the car once the government provided the address where it can be picked up.

Executed on 28th day of January, 2021

By, _____
Luis Arnoldo Curiel Trevino
Reg. No. 97081-479
805 N. Ave F
Post, TX 79356

## CERTIFICATE OF SERVICE

I, Luis Arnoldo Curiel Trevino assert that the foregoing is true and correct and on January 28th , 2021 I deposited the motion for return of property in the prison mailbox for the purpose of filing it with the Clerk of the Court for the Southern District of Texa with the first class pre-paid postage.

Executed on 28th day of January, 2021

By, _____
Luis Arnoldo Curiel Trevino

Luis Arnoldo Curiel Treviño
#97081479
Giles W. Dalby
805 N. Ave. F
Post, Tx 79356

LUBBOCK TX 794
29 JAN 2021 PM 1 L

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1701 W. BUS. HWY. 83, STE. 1011
MCALLEN, TEXAS 78501

OFFICIAL BUSINESS

78501-517861

CLERK U.S. DISTRICT COURT
RECEIVED
FEB 01 2021
SOUTHERN DIST. OF TEXAS
MCALLEN, TEXAS